**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 21, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00651-CR

---

### BRANDON OSBORN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1697181**

---

## MEMORANDUM OPINION

Appellant, Brandon Osborn, has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)